

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00792-CV

**IN RE THE CITY OF SAN ANTONIO**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: January 25, 2023

PETITION FOR WRIT OF MANDAMUS DENIED WITHOUT PREJUDICE

On November 21, 2022, relator filed a petition for writ of mandamus. Relator also filed a motion for stay seeking to stay portions of the underlying order at issue pending resolution of the petition for writ of mandamus, which this court granted in part on November 21, 2022. After considering the petition, real party in interest's response, relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on November 28, 2022 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2021-CI-01482, styled *Maria Monsibais v. City of San Antonio*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.